# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0524.  PATRICK T. HOWARD v. THE STATE

On August 7, 2013, Patrick Howard filed this application for discretionary appeal.  He appears to be seeking review of the trial court's June 18, 2013, order denying his request for a certificate of immediate review.  We, however, lack jurisdiction.

First, this application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Howard filed his application 50 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and we lack jurisdiction to review it.

Second, the trial court's June 18 order is not subject to appellate review.  The trial court has "unfettered" discretion to issue or refuse a certificate of immediate review, and appellate courts will not review the trial court's exercise of discretion in making that decision.  See *Scruggs v. Ga. Dep't of Human Res.*, 261 Ga. 587 (1) (408 SE2d 103) (1991); *B & D Fabricators v. D.H. Blair Inv. Banking Corp.*, 220 Ga. App. 373, 375 (3) (469 SE2d 683) (1996).

For these reasons, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/06/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*